**UNPUBLIGHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-7232**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WAYNE E. JACKSON,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CR-98-34-S, CA-99-2615-S)

———————

Submitted: November 18, 1999        Decided: November 24, 1999

———————

Before WILKINS, HAMILTON, and LUTTIG, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Wayne E. Jackson, Appellant Pro Se. Thomas Michael DiBiagio, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wayne E. Jackson seeks to appeal the district court's order summarily dismissing his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Jackson's motion for release and a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Jackson, Nos. CR-98-34-S; CA-99-2615-S (D. Md. Aug. 30, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED